MENDOZA | ALEX MENDOZA LAW, P.C.

| | | |
|---|---|---|
| CHICAGO, ILLINOIS | **WRITER'S DIRECT:** | 120 S. STATE STREET, SUITE 400 |
| HAMMOND, INDIANA | PAUL LUKA (CHICAGO) | CHICAGO, IL 60603 |
| | (312) 236-9825 | (312) 508-6010 |
| | PAUL@ALEXMENDOZALAW.COM | ALEXMENDOZALAW.COM |

September 27, 2018

**VIA E-MAIL**

Glenn R. Gaffney
glenn@gaffneylawpc.com
Gaffney & Gaffney, P.C.
1771 Bloomingdale Road
Glendale Heights, Illinois 60139

    **Re:**    *Morales v. Extra Mile Painting Company et al.*; 18 CV 3210

Dear Counsel:

    The plaintiff, Gonzalo Morales, accepts the defendants' FRCP 68 offer of judgment, in the amount of $3,000.00 plus attorneys' fees and costs, which offer was served on September 13, 2018. We plan to file the offer and this acceptance in order to seek entry of judgment, and plan to file a petition for attorneys' fees and costs in accordance with the offer, FRCP 68 and other applicable law.

    In an abundance of caution, and as we have previously discussed, by accepting this offer the plaintiff states that he *does not* release or waive any claim/s encompassed by or centered on his charges of discrimination, currently pending at the Illinois Department of Human Rights and the Equal Employment Opportunity Commission (the "Charges"). It is the plaintiff's express intention that nothing herein shall affect the Charges in any way.

    Very truly yours,

    MENDOZA LAW, P.C.

By: _____
    Paul Luka

PL/np